IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHANTICE CHEATHAM GLINSEY, | * |
| Plaintiff, | * |
| v. | *    Case No. 4:21-CV-00026-CDL |
| LTC JAMES C CREMIN, *et al.*, | * |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 23, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of July, 2021.

                                                    David W. Bunt, Clerk

                                                  s/ Elizabeth S. Long, Deputy Clerk